## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LULLA P. JACKSON,

        **Plaintiff,**

v.

        **Case No. 25-CV-00210-SPM**

U.S. BANK NATIONAL
ASSOCIATION,

        **Defendant.**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 18, 2025 (Doc. 5), this action is **DISMISSED with prejudice**.

**DATED: February 18, 2025**

        **MONICA A. STUMP,**
        **Clerk of Court**


        **By:** *s/ Jackie Muckensturm*
        **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
        **STEPHEN P. MCGLYNN**
        **U.S. District Judge**